**Bradley A. WARD, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 2010–3018.**

United States Court of Appeals, Federal Circuit.

July 7, 2010.

Glenn D. Mangum, Law Offices of Glenn D. Mangum, of San Antonio, TX, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

RADER, Chief Judge, LOURIE, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**